**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Regina S. McCoy<br>    <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 18-15851ELF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

            Respectfully submitted,

            **/s/ Kevin G. McDonald, Esq.**
            Kevin G. McDonald, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322