## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Regina S. McCoy | |
|                     Debtor(s) | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY, its successors and/or assigns | |
|                     Movant | |
|     vs. | NO. 18-15851 ELF |
| Regina S. McCoy | |
|                     Debtor(s) | |
| William C. Miller Esq. | |
|                     Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about **December 21, 2018; docket number 13**.

Respectfully submitted,


By: **/s/ Kevin G. McDonald, Esquire**
     Kevin G. McDonald, Esquire
     KML Law Group, P.C.
     BNY Mellon Independence Center
     701 Market Street, Suite 5000
     Philadelphia, PA  19106
     215-627-1322
     Attorney for Movant/Applicant


March 4, 2019