IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Regina S. McCoy ) )  Debtor ) ) ) | Chapter 13  No. 18-15851-ELF |

## CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                        /s/David M. Offen
                                        David M. Offen
                                        **Attorney for Debtor**

**Date:5/23/19**