# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-15851-ELF

REGINA S MCCOY

6426 CLEARVIEW STREET

PHILADELPHIA, PA 19119

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

REGINA S MCCOY

6426 CLEARVIEW STREET

PHILADELPHIA, PA 19119

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

Date: 2/28/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee