IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Regina S. McCoy | : | No.  18-15851-ELF |
| Debtor | : | |

ANSWER TO MOTION OF PENNSYLVANIA HOUSING FINANCE AGENCY
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362
<u>AND CERTIFICATE OF SERVICE</u>

1-5.  Admitted.

6.  Admitted payments has been missed.  Debtor is uncertain of the exact amount.

7.  Denied.

8.  Debtor believes she owes two payments and will pay one payment tomorrow.

9.  Denied.

10.  No response required.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

<u>/s/ David M. Offen</u>
David M. Offen
Attorney for Debtor

Dated: 07/25/2022

A copy of this Answer is being served on Rebecca A. Solarz, Esquire, and the Chapter 13 Trustee.