IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Regina S. McCoy | : | No. 18-15851-ELF |
| Debtor | : | |

### CERTIFICATION OF NO RESPONSE TO
### MOTION TO MODIFY PLAN

I hereby certify that I have received no answer, objection or other responsive pleading to the Motion to Modify Plan and respectfully request that the Order attached to the Motion be approved.

Dated: 12/06/2022

/s/  David M. Offen
**Attorney for Debtor**
**Suite 160 West, Curtis Ctr.**
**601 Walnut Street**
**Philadelphia, PA  19106**
**215-625-9600**