United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                        Case No. 18-15851-elf

Regina S McCoy                       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                     User: admin                     Page 1 of 3

Date Rcvd: Dec 20, 2022                   Form ID: pdf900                  Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Regina S McCoy, 6426 Clearview Street, Philadelphia, PA 19119-2040 |
| 14191861 | #+ | Action Financial Services, LLC, P.O. Box 3250, Central Point, OR 97502-0009 |
| 14191871 | + | Pennsylvania Dept. of Labor & Industry, Office of Unemployment Compensation, 651 Boas Street, Room 614, Harrisburg, PA 17121-0725 |
| 14235307 | + | Pennsylvania Housing Finance Agency, c/o /s/ Kevin G. McDonald, Esq., Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 21 2022 00:08:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2022 00:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2022 00:14:57 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14191860 | ^ | MEBN | Dec 21 2022 00:07:47 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 14191862 | + | Email/Text: bsimmons@amsher.com | Dec 21 2022 00:08:00 | AmSher Collection Srv, 4524 Southlake Parkway, Ste 15, Hoover, AL 35244-3271 |
| 14278269 | | Email/Text: megan.harper@phila.gov | Dec 21 2022 00:08:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14191863 | + | Email/Text: bankruptcy@consumerportfolio.com | Dec 21 2022 00:08:00 | Consumer Portfolio Svc, Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 14191864 | | Email/Text: convergent@ebn.phinsolutions.com | Dec 21 2022 00:08:00 | Convergent Outsourcing, Inc., PO Box 9004, Renton, WA 98057-9004 |
| 14191865 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 21 2022 00:15:04 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14191866 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 21 2022 00:08:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14216553 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 21 2022 00:08:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14191867 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 21 2022 00:08:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14191868 | ^ | MEBN | Dec 21 2022 00:07:53 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14191869 | + | Email/Text: MDSBankruptcies@meddatsys.com | Dec 21 2022 00:08:00 | Medical Data Systems Inc, Attn: Bankruptcy Dept, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 14191870 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 21 2022 00:08:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14237890 | + | Email/Text: blegal@phfa.org | Dec 21 2022 00:08:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14191872 | | Email/Text: blegal@phfa.org | Dec 21 2022 00:08:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14318989 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 21 2022 00:15:01 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14191873 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 21 2022 00:14:58 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14196794 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 21 2022 00:15:01 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14191874 | | Email/Text: edbknotices@ecmc.org | Dec 21 2022 00:08:00 | U.S. Department of Education, Po Box 4222, Iowa City, IA 52244 |
| 14191875 | + | Email/Text: ECMCBKNotices@ecmc.org | Dec 21 2022 00:08:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14196192 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 21 2022 00:15:04 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14275914 | | Email/Text: EDBKNotices@ecmc.org | Dec 21 2022 00:08:00 | US Department of Education, PO Box 16448, St Paul, MN 55116-0448 |
| 14191878 | | Email/Text: megan.harper@phila.gov | Dec 21 2022 00:08:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 14191879 | + | Email/Text: ebn@wfcorp.com | Dec 21 2022 00:08:00 | Williamfudge, Po Box 11590, Rock Hill, SC 29731-1590 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14191876 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14191877 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Dec 20, 2022 | Form ID: pdf900 | Total Noticed: 30

Date: Dec 22, 2022              Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DAVID M. OFFEN | on behalf of Debtor Regina S McCoy dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| REGINA S McCOY, | : | |
| Debtor | : | Bky. No. 18-15851 ELF |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Modify Confirmed Plan ("the Motion"), and after notice and hearing, and with the consent of the Chapter 13 Trustee,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's Amended Chapter 13 Plan (Doc. # 68 ) is **APPROVED**.

Date: December 20, 2022

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE