IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Regina S McCoy | : | No.  18-15851-mdc |
| **Debtor** | : | |

## CERTIFICATION OF NO RESPONSE TO
## SUPPLEMENTAL APPLICATION FOR COMPENSATION OF ATTORNEY FEES

I hereby certify that I have received no answer, objection or other responsive pleading to the Supplemental Application for Compensation of Attorney Fees and respectfully request that the Order attached to the Application be approved.

**Dated:** 09/13/2023

/s/  David M. Offen
**Attorney for Debtors**
**The Curtis Center**
**601 Walnut Street, Suite 160 West**
**Philadelphia, PA  19106**
215-625-9600