Certificate Number: 12433-PAE-DE-037964701

Bankruptcy Case Number: 18-15851



12433-PAE-DE-037964701

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 24, 2023, at 1:14 o'clock PM EST, Regina S. McCoy completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   November 24, 2023                By:   /s/Lisa Susoev

                                         Name:  Lisa Susoev

                                         Title: Teacher