United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Regina S McCoy  
    Debtor

Case No. 18-15851-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 20, 2024      Form ID: 138OBJ      Total Noticed: 28

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Regina S McCoy, 6426 Clearview Street, Philadelphia, PA 19119-2040 |
| 14191871 | + | Pennsylvania Dept. of Labor & Industry, Office of Unemployment Compensation, 651 Boas Street, Room 614, Harrisburg, PA 17121-0725 |
| 14235307 | + | Pennsylvania Housing Finance Agency, c/o /s/ Kevin G. McDonald, Esq., Kevin G. McDonald, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 21 2024 05:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 21 2024 05:11:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14191860 | ^ | MEBN | Feb 21 2024 05:09:08 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 14191862 | + | Email/Text: bsimmons@amsher.com | Feb 21 2024 05:11:00 | AmSher Collection Srv, 4524 Southlake Parkway, Ste 15, Hoover, AL 35244-3271 |
| 14278269 | | Email/Text: megan.harper@phila.gov | Feb 21 2024 05:11:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14191863 | + | Email/Text: bankruptcy@consumerportfolio.com | Feb 21 2024 05:11:00 | Consumer Portfolio Svc, Attn: Bankruptcy, Po Box 57071, Irvine, CA 92619-7071 |
| 14191864 | | Email/Text: convergent@ebn.phinsolutions.com | Feb 21 2024 05:11:00 | Convergent Outsourcing, Inc., PO Box 9004, Renton, WA 98057-9004 |
| 14191865 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Feb 21 2024 05:12:59 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14191866 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 21 2024 05:11:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14216553 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 21 2024 05:11:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14191867 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 21 2024 05:11:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14191868 | ^ | MEBN | Feb 21 2024 05:09:09 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

Case 18-15851-mdc    Doc 94    Filed 02/22/24    Entered 02/23/24 00:43:38    Desc Imaged
                         Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 20, 2024 | Form ID: 138OBJ | Total Noticed: 28 |

| 14191869 | + | Email/Text: MDSBankruptcies@meddatsys.com | Feb 21 2024 05:11:00 | Medical Data Systems Inc, Attn: Bankruptcy Dept, 2001 9th Ave Ste 312, Vero Beach, FL 32960-6413 |
| 14191870 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 21 2024 05:11:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14237890 | + | Email/Text: blegal@phfa.org | Feb 21 2024 05:11:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14191872 | | Email/Text: blegal@phfa.org | Feb 21 2024 05:11:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14318989 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 21 2024 05:12:59 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14191873 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 21 2024 05:13:01 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14196794 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 21 2024 05:13:01 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14191874 | | Email/Text: edbknotices@ecmc.org | Feb 21 2024 05:11:00 | U.S. Department of Education, Po Box 4222, Iowa City, IA 52244 |
| 14191875 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 21 2024 05:11:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14196192 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Feb 21 2024 05:13:05 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 14275914 | | Email/Text: EDBKNotices@ecmc.org | Feb 21 2024 05:10:00 | US Department of Education, PO Box 16448, St Paul, MN 55116-0448 |
| 14191878 | | Email/Text: megan.harper@phila.gov | Feb 21 2024 05:11:00 | Water Revenue Bureau, 1401 JFK Blvd., Philadelphia, PA 19102-1663 |
| 14191879 | + | Email/Text: ebn@wfcorp.com | Feb 21 2024 05:11:00 | Williamfudge, Po Box 11590, Rock Hill, SC 29731-1590 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14191876 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14191877 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 14191861 | ##+ | Action Financial Services, LLC, P.O. Box 3250, Central Point, OR 97502-0009 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2024           Signature:         /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 20, 2024 | Form ID: 138OBJ | Total Noticed: 28 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Regina S McCoy dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MARK A. CRONIN | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Regina S McCoy

    Debtor(s)

Case No: 18−15851−mdc

Chapter: 13

_____

## *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street<br>
Suite 400<br>
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/20/24

93 − 89<br>
Form 138OBJ